UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA

- against –                                                                          ORDER

COLINFORD MATTIS and                                              20 MJ 402 and 403
UROOJ RAHMAN,

Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

Gold, S., United States Magistrate Judge:

     A question has arisen with respect to whether the potential for conflict between two defendants—Urooj Rahman, charged in this action, and Samantha Shader, charged in 20-MJ-403—is sufficient to warrant appointment of separate counsel.  A telephone conference was held earlier today, during which I directed the Government to submit a letter explaining the basis for its position that there is such a conflict.  Because the information I sought from the Government related to an ongoing investigation, I authorized the Government to submit its letter *ex parte*.

     Having now reviewed the letter, I conclude that the potential conflict is sufficient to warrant appointment of separate counsel, and I direct the Clerk to appoint separate attorneys for defendants Rahman and Shader.

     The Clerk is directed to file the Government's letter under seal and *ex parte*, with access restricted to the Court and filer only.  This Order shall be filed on the public docket without restriction.

                          SO ORDERED.

                          /s/ Steven M. Gold
                          Steven M. Gold
                          United States Magistrate Judge

Brooklyn, New York
June 1, 2020