

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RMT:ICR/JEA
F. #2020R00514

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 12, 2020

By E-Mail and ECF

The Honorable Steven M. Gold
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Samantha Shader
                Magistrate Docket No. 20-402

Dear Judge Gold:

      A preliminary hearing is currently scheduled in the above-captioned case for 2:00 p.m. today. The government respectfully submits this letter to notify the Court that yesterday the grand jury charged defendant Samantha Shader in a seven-count indictment that has not yet been publically filed on the docket of the Court. The government understands that the case has been assigned to the Honorable Dora L. Irizarry, United States District Judge for the Eastern District of New York.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:   /s/
      Ian C. Richardson
      Jonathan E. Algor
      Assistant U.S. Attorneys
      (718) 254-7000

cc:    Clerk of Court (by ECF)